United States District Court
Southern District of Texas
**ENTERED**
April 23, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WILLIAM RAPP and LARRY EGGET, § <br> on behalf of themselves and all others § <br> similarly situated, § <br>         Plaintiffs, § <br> § <br> v. § <br> § <br> SUTHERLAND MORTGAGE § <br> SERVICES INC., § <br>         Defendant. § | CIVIL ACTION NO. 4:17-cv-1010 |

## CONDITIONAL ORDER OF DISMISSAL

Having been advised that a settlement has been reached between Plaintiffs and Defendant, the Court **DISMISSES** this case without prejudice to reinstatement of Plaintiffs' claims, if any party represents to the Court on or before **June 29, 2018,** that the settlement could not be completely documented and approved by the Court.

SIGNED at Houston, Texas, this  23rd  day of **April, 2018.**

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2017\1010ConditionalDismissalOrder.wpd   180423.1041